UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 17-cr-20215
                              Hon. Matthew F. Leitman

DEQUANE A. CHANDLER,

    Defendant.
_____/

## ORDER FOR RELEASE OF DEFENDANT

Defendant Dequane Chandler is currently in custody in connection with supervised release violation proceedings. For the reasons explained on the record on April 1, 2024, **IT IS HEREBY ORDERED** that Chandler be released from custody immediately and that he resume supervised release on the terms set forth on the record – meaning that he shall comply with all terms of supervised release as initially imposed but shall not have to attend mental health counseling. In addition, arrangements shall be made for Chandler to attend drug treatment and drug testing at times outside of his work schedule (including the time he travels to and from work).

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: April 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126